# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA
2005 JAN 19 P 4:50
SIGN
BY DEPUTY CLERK

CURTIS WALTERS

VERSUS

DIXON CORRECTIONAL INST.
JAMES M. LEBLANC, WARDEN
CONNIE KENNEDY, RECORD ANALYST
IVY MILLER, CLASSIFICATION DIRECTOR
CONNIE BOWSER, A.R.P. SCREENING OFFICER, ET.AL.

CIVIL ACTION NUMBER:

~~CLERK:~~ # 05-48-C-M1

DATE FILED: ____________________

* * * * * * * *

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT.
## *42 U.S.C. § 1983*

Instructions for filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and service address for each defendant no longer employed by the Department of Public Safety and Corrections.

All copies of the complaints must be identical to the original.

The names of all parties must be listed in the caption and in part III of the complaint exactly the same.

In order for this complaint to be filed, it must be accompanied by the filing fee of $120.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 139 U.S. Courthouse 707 Florida Street, Baton Rouge, La. 70801.

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ( x ) No ( )

B. If your answer is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.) JUDICIAL REVIEW; AND ALSO EMERGENCY WRIT OF HABEAS CORPUS;

1. Parties to this previous lawsuit

Plaintiff(s) CURTIS WALTERS

Defendants JAMES M. LEBLANC, WARDEN(JUDICIAL - REVIEW); RICHARD STALDER, ET AL. (EMERGENCY WRIT OF HABEAS CORPUS)

2. Court. If federal court, name the district, if state court, name the parish.

19TH JUDICIAL DISTRICT COURT OF EAST BATON ROUGE PARISH

3. Docket Number: JUDICIAL REVIW #524,316(08); HABEAS CORPUS-#521,524(22);

4. Name of Judge to whom case was assigned: JUDGE WILSON FIELDS-JUDICIAL REVIEW; JUDGE JOHN M. SMART JR., HABEAS CORPUS;

5. Disposition: for example: Was the case dismissed? Is it still pending?
BOTH ARE STILL PENDING

6. Date of filing lawsuit: HABEAS CORPUS-6/23/04; JUDICIAL REVIW 9/10/04

7. Date of disposition: NON-APPLICABLE

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or failure to state a claim for which relief can be granted?
Yes (X ) No ( )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.
UNITED STATE MIDDLE DISTRICT COURT #03-CV-1060; HABEAS CORPUS UNDER SECTION 2254 WAS DISMISSED ON MARCH 26, 2004

UNITED STATES FIFTH CIRCUIT COURT OF APPLEA #4-30336, REQUEST FOR CERTIFICATE OF APPEALABILITY (COA) DENIED ON SEPTEMBER 22, 2004

II. Place of present confinement:

A. Is there a prisoner grievance procedure in this institution?
Yes ( X) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (X) No ( )

C. If your answer is yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. D.C.I. -04-258

2. What steps did you take?

STEPS (#1); (#2)

3. What was the result?

FIRST STEP(DENIED)

SECOND STEP(GRANTED)

D. If your answer is No, explain why not:

(NON-APPLICABLE)

III. Parties

In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s)

CURTIS WALTERS

B. Address

DIXON CORRECTIONAL INSTITUE, P.O. BOX 788, JACKSON, LA 70748

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant :

is employed as JAMES M. LEBLANC, WARDEN

at DIXON CORRECTIONAL INSTITUE, HWY 68, JACKSON, LA 70748

C. Additional Defendants:

CONNIE KENNEDY, RECORD ANALYST; IVY MILLER, CLASSIFICATION DIRECTOR; CONNIE BOWSER, A.R.P. SCREENING OFFICER ET AL.

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

(PLEASE SEE ATTACHED:MEMORANDUM)

V. Relief

State briefly exactly what you want the court to do for you. Make no legal argument. Cite no cases or statutes. Attach no exhibits. 1. Through investigation and corrections to problem areas. 2. Reduction of present sentence serving. 3. Monetary award for damages to inmates.

VIOLATING EMPLOYEE BE RELIEVED OF ITS ADMINISTRATIVE DUTIES; AND ALSO MONETARY AWARD FOR DAMAGES TO THE PLAINTIFF;

______________________________________________

______________________________________________

______________________________________________

VI Plaintiff's Declaration

1. I understand that I an prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 13th day of JANUARY, 2005.

Curtis Watkins #293353

______________________________

______________________________

Signature of plaintiff(s)